FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JAN 24  PM 2: 54

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### STATESBORO DIVISION

KEVIN GOURDINE,                )
                               )
    Movant,                    )
                               )
v.                             )        Case No. CV611-069
                               )                 CR610-001
UNITED STATES OF AMERICA,       )
                               )
    Respondent.                )

## O R D E R

After a careful de novo review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _8_ day of _Jan_ , 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA